IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

U.S. DISTRICT COURT
SAVANNAH DIV.

2012 MAY -8  AM 10: 15

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| KEITH M. GLAIZE | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO. |
| | ) | |
| v. | ) | 4:11-cv-00315-BAE-GRS |
| | ) | |
| NATIONAL CREDIT ADJUSTERS, | ) | |
| LLC | ) | |
| Defendant. | ) | |

## VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Parties in the above-styled action, and pursuant to Federal

Rule of Civil Procedure 41(a)(1)(A)(ii) herein stipulate to the dismissal of the

above-styled action with prejudice.

Respectfully submitted this 4th day of May, 2012.

Keith M. Glaize
2 Harlan Drive
Savannah, GA 31406
*pro se*

APPROVED:

By Avant Edenfield
Judge, U. S. District Court
Southern District of Ga.

s/ Jodi D. Taylor
David Gevertz
Georgia Bar No. 292430
dgevertz@bakerdonelson.com
Jodi D. Taylor
Georgia Bar No. 208180
jtaylor@bakerdonelson.com
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
Monarch Plaza, Suite 1600
3414 Peachtree Road, N.E.
Atlanta, Georgia 30326
Telephone: (404) 577-6000
Facsimile: (404) 221-6501
*Counsel for National Credit Adjusters,*
*LLC*

1

A JMD01 2349636 v1
2138171-000188 05/03/2012

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served using

the electronic case filing system (CM/ECF), which will automatically send e-mail

notification of such filing to the following or via U.S. Mail:

Keith M. Glaize
2 Harlan Drive
Savannah, GA 31406

This 7th day of May, 2012.

/s Jodi D. Taylor
Jodi D. Taylor
Georgia Bar No. 208180
*Counsel for National Credit Adjusters, LLC*

Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
Monarch Plaza, Suite 1600
3414 Peachtree Road, N.E.
Atlanta, Georgia 30326
Telephone: (404) 577-6000
Facsimile: (404) 221-6501
jtaylor@bakerdonelson.com