FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 MAY -8 AM 10: 15

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| KEITH M. GLAIZE ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO. |
| ) | |
| v. ) | 4:11-cv-00315-BAE-GRS |
| ) | |
| NATIONAL CREDIT ADJUSTERS, ) | |
| LLC ) | |
| Defendant. ) | |

## VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Parties in the above-styled action, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) herein stipulate to the dismissal of the above-styled action with prejudice.

Respectfully submitted this 4th day of May, 2012.

_____
Keith M. Glaize
2 Harlan Drive
Savannah, GA 31406
*pro se*

APPROVED:

_____
B. Avant Edenfield
Judge, U. S. District Court
Southern District of Ga.

s/ Jodi D. Taylor
David Gevertz
Georgia Bar No. 292430
dgevertz@bakerdonelson.com
Jodi D. Taylor
Georgia Bar No. 208180
jtaylor@bakerdonelson.com
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
Monarch Plaza, Suite 1600
3414 Peachtree Road, N.E.
Atlanta, Georgia 30326
Telephone: (404) 577-6000
Facsimile: (404) 221-6501
*Counsel for National Credit Adjusters, LLC*

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served using the electronic case filing system (CM/ECF), which will automatically send e-mail notification of such filing to the following or via U.S. Mail:

>Keith M. Glaize
>2 Harlan Drive
>Savannah, GA 31406

This 7th day of May, 2012.

>/s Jodi D. Taylor
>Jodi D. Taylor
>Georgia Bar No. 208180
>*Counsel for National Credit Adjusters, LLC*

Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
Monarch Plaza, Suite 1600
3414 Peachtree Road, N.E.
Atlanta, Georgia 30326
Telephone: (404) 577-6000
Facsimile: (404) 221-6501
jtaylor@bakerdonelson.com